# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KARLI WIEDOW, Defendant. | Case No: 9:25-po-5101-KLD<br><br>Violations: FBMF006F; FBMF006G; FBMF006H; FBMF006I; FBMF006J<br><br>Location Code: M2<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the defendant shall pay a total fine amount of $100.00 and $30.00 processing fee for a total of $130.00 violation number FBMF006H. Payment(s) should be mailed to the following address:

Central Violations Bureau
P.O. Box 780549
San Antonio, TX 78278

The check(s) should be made out to the U.S. Courts - CVB. Defendant may also pay online at www.cvb.uscourts.gov.

IT IS FURTHER ORDERED that violation numbers FBMF006F; FBMF006G; FBMF006I; and FBMF006J are DISMISSED.

DATED this 22nd day of December, 2025.

                                                    Kathleen L. DeSoto
                                                  United States Magistrate Judge